JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 16-0825-DOC (GCGx)                              Date: August 24, 2016

Title: RX SAFES INC. V. KODIAK CAPITAL GROUP LLC, ET AL.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER DISMISSING CASE FOR LACK OF PROSECUTION**

On August 10, 2016, this Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution (Dkt. 11). Plaintiff failed to respond by August 17, 2016, the deadline set by the Court (Dkt. 12).

Accordingly, the Court ORDERS that Plaintiff's case be DISMISSED WITHOUT PREJUDICE for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                              Initials of Deputy Clerk: djg
CIVIL-GEN